BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KOSE | CASE NO. CIV-10-01371 |
| Plaintiff, | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 11, 2010, to December 22, 2010.   This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: November 9, 2010

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: November 9, 2010

Benjamin B. Wagner

United States Attorney

*/s/Donna Wade Anderson*
DONNA WADE ANDERSON
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:   November 15, 2010

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

2