```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff
```

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN KOSE** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE** )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>**Defendant.** )<br>) | CASE NO.  CIV-10-01371 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 22, 2010 to February 11, 2011.   This extension is required due to Plaintiff's counsel's impacted briefing schedule and the holidays.

/ / / /

/ / / /

/ / / /

1

1
2
3  Dated: December 16, 2010            */s/Bess M. Brewer*
                                       BESS M. BREWER
4                                      Attorney at Law

5                                      Attorney for Plaintiff

6
7
8  Dated: December 16, 2010            Benjamin B. Wagner

9                                      United States Attorney

                                       */s/Dennis Hanna*
10                                     DENNIS HANNA

11                                     Special Assistant U.S. Attorney
                                       Attorneys for Defendant
12
13                                  **ORDER**

14 APPROVED AND SO ORDERED.

15
16
17   DATED:  December 21, 2010

18                                     _____
                                       **CRAIG M. KELLISON**
19                                     UNITED STATES MAGISTRATE JUDGE

20
21
22
23
24
25
26
27
28

2