BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUSAN KOSE** ) | **CASE NO.  CIV-10-01371 CMK** |
| ) | |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING PLAINTIFF'S TIME TO** |
| **v.** ) | **FILE MEMORANDUM IN SUPPORT** |
| ) | **OF SUMMARY JUDGMENT** |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with

the permission of the Court as evidenced below, that the Plaintiff's time to file the summary

judgment in this case is hereby extended from February 11, 2011, to March 25, 2011.  This extension

is required due to Plaintiff's counsel's impacted briefing schedule and the need to insure older cases

priority.

/ / / /

/ / / /

/ / / /

1

Dated: December 16, 2010

/s/Bess M. Brewer
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: December 16, 2010

Benjamin B. Wagner

United States Attorney

/s/Dennis Hanna
DENNIS HANNA

Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 15, 2011

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE