1

2

3

4

5

6

7

8               **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    SUSAN KOSE,                              No. CIV S-10-1371-CMK

12              Plaintiff,

13        vs.                                  ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                Defendant.
16
      _____/
17

18              Plaintiff, who is proceeding with retained counsel, brings this action for judicial

19    review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

20    Pursuant to the court's scheduling order, plaintiff is required to prosecute this action by either

21    seeking voluntary remand or filing a dispositive motion within 45 days from the date of service

22    of the administrative record by defendant.  Pending before the court is the parties' stipulated

23    motion for an extension of time (Doc. 23) for plaintiff to file a dispositive motion.  Good cause

24    appearing therefor, the request is granted.   Plaintiff shall file a dispositive motion by April 11,

25    2011.  Plaintiff is warned that failure to file a dispositive motion within the time provided may

26    / / /

1

1   result in dismissal of this action for lack of prosecution and failure to comply with court orders

2   and rules.  See Local Rule 110.

3          IT IS SO ORDERED.

4

5   DATED:  April 7, 2011

6
                                                    _____
7                                                   **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2